UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Gayzur, et al.,

                        Plaintiffs,                    **CANCELLATION ORDER**

            -against-                                  20 Civ. 4529 (KMK) (AEK)

USPS, et al.,

                        Defendants.

---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        In light of the proposed stipulation and order of settlement and dismissal filed earlier

today, *see* ECF No. 29, the telephonic conference scheduled for **Wednesday, May 12, 2021, at**

**9:30 a.m.** before Magistrate Judge Krause is hereby **cancelled**.

Dated:  April 23, 2021
        White Plains, New York

                                        **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge